AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2004

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 10 -112)

| 1. Person Reporting    (Last name, first, middle initial)  Bybee, Jay S. | 2. Court or Organization  U.S. Court of Appeals, Ninth C | 3. Date of Report  05/13/2005 |
|---|---|---|
| 4. Title    (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge (active) | 5. Report Type (check type)  ___ Nomination. Date 01/07/2003  ___ Initial   X Annual   ___ Final | 6. Reporting Period  01/01/2004  to  12/ 1/2004 |
| 7. Chambers or Office Address  Lloyd George U.S. Courthouse  333 Las Vegas Blvd. South  Las Vegas, NV 89101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date > | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| X  NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

FINANCIAL DISCLOSURE OFFICE  2005 MAY 13  A 11: 43  RECEIVED

## II. AGREEMENTS  (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1  1999 | Contract with Greenwood Press as co-author for book on U.S. Constitution |
| 2  1991 | TIAA-CREF, academic retirement program |
| 3  1999 | VALIC, academic retirement program |

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1  2004 | Clark County Schools | |
| 2 | | |
| 3 | | |
| 4 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Bybee, Jay S. | Date of Report<br>05/13/2005 |
| --- | --- | --- |

## V. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 26-28 of Instructions.)*

|  | SOURCE<br>NONE (No such reportable reimbursements.) | DESCRIPTION |
| --- | --- | --- |
| 1 | Louisiana State University Law Center | Jan. 14-17: Baton Rouge, LA, Law school forum and Federalist Society presentation (transportation, lodging) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| [X] NONE (No such reportable gifts.) | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| [X] NONE (No reportable liabilities.) | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions _(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)_

| A. Description of Assets (including trust assets) _Place "(X)" after each asset exempt from prior disclosure_ | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Bank of America | A | Interest | J | T | | | | | |
| 2 Southern California Edison Common Stock | A | Dividend | J | T | | | | | |
| 3 Fidelity Destiny IRA | A | Dividend | K | T | | | | | |
| 4 Washington Mutual IRA | A | Dividend | J | T | | | | | |
| 5 Acacia Life Insurance (whole life) | A | Interest | J | T | | | | | |
| 6 American General Insurance | A | Interest | J | T | | | | | |
| 7 TIAA-CREF (retirement) | B | Interest | L | T | | | | | |
| 8 VALIC (retirement) | B | Interest | L | T | | | | | |
| 9 Fixed Account Plus | | | | | | | | | |
| 10 Vanguard Lt Treasury | | | | | | | | | |
| 11 Vanguard Wellington | | | | | | | | | |
| 12 Core Equity | | | | | | | | | |
| 13 Putnam New Opportunity | | | | | | | | | |
| 14 Stock Index | | | | | | | | | |
| 15 Vanguard Windsor II | | | | | | | | | |
| 16 Templeton Foreign | | | | | | | | | |
| 17 Conseco Annuity | A | Interest | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$600,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Buena Lanes (passive partnership) | A | Distribution | J | W | | | | | |
| 19 Virginia Educational Savings Trust | A | Interest | K | T | Purchase | 6/18 | J | | |
| 20 Albertson's Common Stock | A | Dividend | | | Sell | 7/23 | J | B | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$1 . | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001- 100 000 | G=$100,0 1-$1,000 000 | H1=$1,000,001-$5,000,000 | H2=$ 000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

# VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*Indicate part of report.)*

1.   Rental property reported on my 2003 Report is now my primary residence.

2.   I reported UBS/PaineWebber on my 2002 Report.  I omitted it from my 2003 Report because the account was below the reporting limits.  The account is omitted from this Report for the same reason, and the account was closed during 2004.

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq.. 5 U.S.C. 7353 and Judicial Conference regulations.

Signature      Date _May 12, 2005_

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4. Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544